UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LITTLE | CIVIL ACTION |
| VERSUS | NO: 18-8944 |
| JOSEPH P. LOPINTO, III, ET AL. | SECTION: "J"(4) |

## ORDER

Considering the foregoing *Joint Motion to Dismiss With Prejudice* **(Rec. Doc. 25)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and all claims presented against defendants Scott Zemlik and Dominick Sciortino be and hereby are dismissed with prejudice with each party to bear their own costs. The plaintiff specifically reserves his rights against all other defendants.

New Orleans, Louisiana, this 3rd day of January, 2020.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE